**Noel A. DALE, Plaintiff-Appellant,**

v.

**TWC ADMINISTRATION LLC, a/k/a Time Warner Cable, Defendant-Appellee**

and

**Time Warner Cable, Defendant.**

No. 16-2258

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Noel A. Dale, Appellant Pro Se. Shalanna Lee Pirtle, Stacy Kaplan Wood, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Noel A. Dale appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e—2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dale v. TWC Admin., LLC*, No. 5:14-cv-00169-FL, 2016 WL 5338532 (E.D.N.C. Sept. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*